UNITED STATES DISTRICT COURT
EASTERN DRISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RENEE DRAKE,**

        Plaintiff,        No. 12-cv-13373-GER-RSW
                                      Hon. Gerald E. Rosen

**vs.**

**U.S. BANK NATIONAL, ASSOCIATION,**
as Trustee for Citigroup Mortgage Loan Trust Inc.
Asset Backed Pass-Through Certificates Series2006-AMC 1,
and **HOMEWARD RESIDENTIAL, INC.,**
**f/k/a AMERICAN HOME MORTGAGE SERVICING, INC.,**
**a/k/a AHMSI, INC.,** a foreign corporation,

        Defendants.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendants' Motion to Dismiss, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, be and hereby is entered.

Dated:  July 15, 2013  July 15, 2013        s/Gerald E. Rosen
                                                  Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2013July 15, 2013, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                    Case Manager, (313) 234-5135